# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| John Ernest Wilkeson,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Allied Universal Security Services,<br><br>　　　　　Defendant. | Case No. 2:23-cv-01977-GMN-DJA<br><br>**Order** |

Before the Court is *pro se* Plaintiff John Ernest Wilkeson's application to proceed *in forma pauperis*. (ECF No. 9). Plaintiff's filed his application after the January 26, 2024 deadline the Court previously gave him. (ECF No. 7). Plaintiff has also not followed the Court's instructions in its previous order. (*Id.*). In that order, the Court explained that, because Plaintiff had left many of the questions blank, he "may not respond with a zero or 'not applicable' in response to any question without providing an explanation for each of the questions." (*Id.*). That order also required Plaintiff to update his address because the Court had received Plaintiff's mail returned as undeliverable. (*Id.*). However, Plaintiff has not yet updated his address and it is unclear if he received the Court's prior order, which was returned as undeliverable. The Court will thus resend its prior order to Plaintiff and will give Plaintiff another opportunity to comply with it by filing a renewed application to proceed *in forma pauperis* with complete answers or paying the filing fee and by updating his address.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 9) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed send Plaintiff: (1) a copy of this order; (2) a copy of Court's prior order filed at ECF No. 7; and (3) a copy of the Long Form application to proceed *in forma pauperis* and its instructions.[1]

**IT IS FURTHER ORDERED** that Plaintiff has until **April 15, 2024** to file an updated application to proceed *in forma pauperis* as specified in the Court's order filed at ECF No. 7 or pay the filing fee. Failure to timely comply with this order may result in a recommendation to the district judge that this case be dismissed.

**IT IS FURTHER ORDERED** that Plaintiff must update his address or explain if the address on the docket is correct on or before **April 15, 2024.** Failure to timely comply with this order may result in a recommendation to the district judge that this case be dismissed.

DATED: March 15, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This form and its instructions can also be found at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 239.