UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| John Ernest Wilkeson,<br><br>   Plaintiff,<br><br>v.<br><br>Allied Universal Security Services,<br><br>   Defendant. | Case No. 2:23-cv-01977-GMN-DJA<br><br>**Report and Recommendation** |

On March 15, 2024, the Court gave Plaintiff a second opportunity to file an application to proceed *in forma pauperis* and to update his address with the Court. (ECF No. 10). In doing so, the Court gave Plaintiff until April 15, 2024, to file an updated application to proceed *in forma pauperis* and to update his address. (*Id.*). The Court explained that "[f]ailure to comply with this order may result in a recommendation to the district judge that this case be dismissed." (*Id.*). To date, Plaintiff has not filed anything further in this action.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the

order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: June 28, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE