**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN ERNEST WILKESON, | |
| Plaintiff, | Case No.: 2:23-cv-01977-GMN-DJA |
| vs. | **ORDER ADOPTING R&R** |
| ALLIED UNIVERSAL SECURITY SERVICES, | |
| Defendant. | |

Pending before the Court is the Report and Recommendation (R&R), (ECF No. 12), of United States Magistrate Judge Daniel J. Albregts, which recommends the Court dismiss this case without prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections to the R&R were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 12) (setting July 12, 2024, deadline for objections).  The Court therefore

ADOPTS the R&R in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 12), is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice.**

**The Clerk's Office is kindly directed to close this case.**

Dated this __15_ day of July, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court